Decided March 19, 1996

STATE OF CONNECTICUT *v.* JOSEPH B. MARION

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 906 (AC 14007), is denied.

*Joseph B. Marion*, pro se, in support of the petition.

*Jack W. Fischer*, assistant state's attorney, in opposition.

Decided March 19, 1996

ARTHUR BARLOW *v.* COMMISSIONER OF CORRECTION

The petitioner Arthur Barlow's petition for certification for appeal from the Appellate Court, 40 Conn. App. 910 (AC 14455), is denied.

*David B. Rozwaski*, in support of the petition.

*James A. Killen*, assistant state's attorney, in opposition.

Decided March 19, 1996